# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DAVID OLIVER,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:12-cv-04061-RDP-RRA |
| **ELMORE COUNTY JAIL,** *et al.*, | } |
| **Defendants.** | } |

## TRANSFER ORDER

The Magistrate Judge filed a Report and Recommendation (Doc. #3) on December 13, 2012, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. In particular, the Magistrate Judge found that Plaintiff complains about events occurring in the Elmore County Jail in Wetumpka, Alabama, which is located in the Middle District of Alabama. (Doc. #3). Also, the Magistrate Judge found that no Defendant is located in the Northern District of Alabama. (Doc. #3).

Having now carefully reviewed and considered *de novo* all of the materials in the court file,[1] including the Report and Recommendation, the court is of the opinion that the Report is due to be, and hereby is **ADOPTED**, and the Recommendation is **ACCEPTED**. Accordingly, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that, in the interest of justice, this action is **TRANSFERRED** to the United States District Court for the Middle District of Alabama. *See* 28

---

[1] The court notes that it was not required to conduct an independent review of the Report and Recommendation in this case because no party has filed objections. Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Nonetheless, the court has carefully reviewed the Magistrate Judge's Report and agrees with his conclusions.

U.S.C. § 1404(a).

The Clerk of Court is **DIRECTED** to forward a copy of this order to Plaintiff.

**DONE** and **ORDERED** this      3rd       day of January, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE